*ReC: 11090134*
*$9.75 6/25/10*

**BRICK, BRICK AND ELMER, P. C.**
ATTORNEYS AND COUNSELLORS AT LAW
91 TREMONT STREET
P. O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972
BRICKELMER@AOL.COM

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY

ANTHONY W. BRICK, JR.
(1909-1991)

THOMAS R. ELMER
(1945-2004)

June 24, 2010

US Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

Re: Keleher, Daniel J.
    Case No.: 06-03181 MJK

Dear Sir or Madam:

Enclosed please find a check payable to the U.S. Bankruptcy Court in the amount of $9.75 representing the unclaimed funds in the above listed case as follows:

    Creditor:    Niagara Frontier Credit Bureau
                      PO Box 620
                      Buffalo, NY 14217-0620

    Check No.: 10151    Claim No.: 1

Distribution was made to creditor and this check was never cashed; it has been over 90 days. Therefore, a stop payment was issued on the check and has been re-issued to the Court.

If you should have any questions, please feel free to call. Thank you for your time and attention to this matter.

Very truly yours,

BRICK, BRICK AND ELMER, P.C.

Daniel E. Brick

DEB:tac
Enclosure



FILED
JUN 25 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Case 1-06-03181-MJK    Doc 135    Filed 06/25/10    Entered 06/25/10 15:33:39    Desc
Main Document    Page 1 of 1